[Criminal No. 813.   Filed November 7, 1934.]

[36 Pac. (2d) 1118.]

GEORGE A. MAHER, Appellant, v. STATE, Appellee.

Messrs. Cusick & Lyons, for Appellant.

Mr. Thos. J. Elliott, for Appellee.

PER CURIAM.—The facts in this case are substantially the same as those in the case of *Barrett v. State, ante,* p. 270, 36 Pac. (2d) 260, just decided, and the principles of law involved are identical in both cases. For the reasons set forth in the case above cited, the judgment of the superior court of Pima county is affirmed.